UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYERS INSURANCE COMPANY OF WAUSAU, A LIBERTY MUTUAL COMPANY,<br><br>Defendant. | No.: 2:22-cv-1538<br><br>NOTICE OF REMOVAL |

Defendant Employers Insurance Company of Wausau ("Employers") hereby removes the above captioned lawsuit to this Court pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446.

## I. PROCEDURAL POSTURE

1. On September 23, 2022, Plaintiff The Board of Regents of the University of Washington filed a Complaint (the "Complaint") in the lawsuit captioned *The Board of Regents of the University of Washington v. Employers Insurance Company of Wausau*, Washington State Superior Court, King County Case No. 22-2-15472-1 SEA (the "State Court Action").

2. Plaintiff served a copy of the summons and Complaint on the Office of the

NOTICE OF REMOVAL
NO.: 2:22-CV-1538

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Washington Insurance Commissioner (the "Commissioner") on September 28, 2022. The Commissioner thereafter forwarded the summons and Complaint to Employers on October 4, 2022. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it is being filed within 30 days after receipt by Employers of the initial pleading setting forth the claim upon which the State Court Action is based.[1]

## II. GROUNDS FOR REMOVAL

3. The State Court Action is removable under 28 U.S.C. § 1441(b) because this Court has diversity jurisdiction under 28 U.S.C. § 1332(a).

4. Complete diversity exists because Plaintiff and Employers are not citizens of the same state.

5. Plaintiff is a citizen of the State of Washington.

6. Employers is a corporation organized under the laws of the State of Wisconsin with its principal place of business in Boston, Massachusetts.[2] Employers is therefore a citizen of the states of Wisconsin and Massachusetts for jurisdictional purposes.

7. Because Plaintiff is not a citizen of Wisconsin or Massachusetts, complete diversity exists.

8. The amount in controversy is satisfied because Plaintiff alleges it is owed "hundreds of millions of dollars in unreimbursed losses, costs, and expenses" from Employers.[3] The amount in controversy therefore exceeds the sum or value of $75,000, exclusive of interest and costs.

---

[1] *See Anderson v. State Farm Mut. Auto. Ins. Co.*, 917 F.3d 1126, 1130 (9th Cir. 2019) (holding that "the thirty-day removal clock under 28 U.S.C. § 1446(b)(1) does not begin upon service on and receipt by a statutorily designated agent and began in this case only when [the insurer] actually received [the insured's] complaint").

[2] Compl., ¶ 5.

[3] Compl., ¶ 1.

NOTICE OF REMOVAL
NO.: 2:22-CV-1538

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

### III. VENUE AND INTRADISTRICT ASSIGNMENT

9. Venue is proper in the United States District Court for the Western District of Washington based on 28 U.S.C. § 1441(a) because this is the district embracing the county where the State Court Action is pending.

10. Assignment is proper to the Seattle Division because the State Court Action was filed in King County, Washington.

### IV. STATE COURT PLEADINGS

11. In accordance with 28 U.S.C. §1446(a) and LCR 101, true and correct copies of the process, pleadings, and orders, as well as all additional records and proceedings in the State Court Action accompany this Notice of Removal as Exhibit A.

12. In accordance with 28 U.S.C. § 1446(d), Employers will file a Notice to Plaintiff and State Court Clerk in King County Superior Court of Removal to the U.S. District Court, attached to which will be a copy of this Notice.

13. By filing this Notice, Employers does not waive and instead it expressly reserves all rights, defenses or objections of any nature that it may have against Plaintiff's claims.

DATED: October 28, 2022

BULLIVANT HOUSER BAILEY PC

By /s/ Daniel R. Bentson
Daniel R. Bentson, WSBA #36825
E-mail: dan.bentson@bullivant.com

By /s/ Jared F. Kiess
Jared F. Kiess, WSBA #54532
E-mail: jared.kiess@bullivant.com

Attorneys for Defendant Employers Insurance Company of Wausau

NOTICE OF REMOVAL
NO.: 2:22-CV-1538

PAGE 3

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

James M. Davis
Andrew Greene
J. Camille Fisher
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
JamesDavis@perkinscoie.com
AGreene@perkinscoie.com
CFisher@perkinscoie.com

Bradley H. Dlatt (pro hac vice to be filed)
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Phone: 312.324.8400
BDlatt@perkinscoie.com

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF E-service

*Attorneys for Plaintiff*

DATED this 28th day of October, 2022.

*s/ Sally Gannett*
Sally Gannett, Legal Assistant

NOTICE OF REMOVAL
NO.: 2:22-CV-1538

PAGE 4

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930